UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA MENICHINO, *et al.*,<br>individually and on behalf of all<br>others similarly situated,<br><br>              Plaintiffs,<br><br>    v.<br><br>CITIBANK, N.A., *et al.*,<br><br>              Defendants. | Civil Action No.: 2:12-cv-00058-MRH<br><br>U.S. District Judge Mark R. Hornak |
| CHRISTOPHER MANNERS, *et al.*,<br>individually and on behalf of all others similarly<br>situated<br>              Plaintiffs,<br><br>    v.<br><br>FIFTH THIRD BANK, *et al.*,<br><br>              Defendants. | Civil Action No.: 2:12-cv-00442-MRH<br><br>U.S. District Judge Mark R. Hornak |

**JOINT MOTION OF PLAINTIFFS AND THE LENDER DEFENDANTS
<u>TO STAY CASES</u>**

Plaintiffs Linda Menichino and Vincent Menichino, Natisha B. Sloley, Michael Hamilton, Jerel T. Simonds, Jeffrey Proffitt, Rosemary Jackson, Traci Lombre, Kevin M. Mullin, Karen Rulison and Joseph Rulison, and Constantin Cranganu (collectively, the "*Menichino* Plaintiffs"); Christopher Manners, Jamie Young and Aimee Young, Cynthia Floyd, Brent Shank, William R. Ruba and Erica L. Ruba (collectively, the "*Manners* Plaintiffs") (together with the *Menichino* Plaintiffs, "Plaintiffs"); and Defendants Citibank, N.A., CitiMortgage, Inc., Citibank Mortgage Reinsurance, Inc., ABN AMRO Mortgage Group, Inc., and AAMBG Reinsurance

(collectively, "Citi/ABN"); and Fifth Third Bank, Fifth Third Mortgage Company and Fifth Third Mortgage Insurance Reinsurance Company (collectively, "Fifth Third") (together with Citi/ABN, the "Lender Defendants"), by and through their undersigned counsel, respectfully move this Court for an Order staying the instant cases pending the final disposition of the plaintiffs' appeal in *Riddle v. Bank of Am. Corp.*, USCA No. 13-4543 (3d Cir.).  In support of this motion, Plaintiffs and the Lender Defendants submit the accompanying memorandum of law, which is incorporated by reference herein.

Dated:  March 14, 2014

Respectfully submitted,

**KESSLER TOPAZ**
**MELTZER & CHECK, LLP**

By:/s/ Michael K. Yarnoff
Edward W. Ciolko (*pro hac vice)*
Terence S. Ziegler (*pro hac vice*)
Michael K. Yarnoff (*pro hac vice)*
Amanda R. Trask (*pro hac vice*)
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

**STEPHEN J. O'BRIEN & ASSOC.**
Stephen J. O'Brien (PA 59204)
650 Ridge Road, Suite 400
Pittsburgh, PA  15205
Telephone: (412) 788-7560
Facsimile: (412) 788-7563

**BERGER & MONTAGUE, P.C.**
Shanon J. Carson
Jacob M. Polakoff
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-4601
Facsimile: (215) 875-5715

<table>
<tr><td></td><td>**BRAMSON PLUTZIK MAHLER & BIRKHAEUSER LLP**<br>Alan R. Plutzik<br>2125 Oak Grove Boulevard, Ste. 120<br>Walnut Creek, California 94598<br>Telephone: (925) 945-0200</td></tr>
<tr><td></td><td>**BERKE, BERKE & BERKE**<br>Andrew L. Berke<br>420 Frazier Avenue<br>Chattanooga, Tennessee 37402<br>Telephone: (423) 266-5171</td></tr>
<tr><td></td><td>*Attorneys for Plaintiffs and the Proposed Classes*</td></tr>
<tr><td>Dated: March 14, 2014</td><td>**WEINER BRODSKY KIDER PC**<br><br>By:<u>/s/ Sandra B. Vipond (with consent)</u><br>David M. Souders (admitted *pro hac vice*)<br>Sandra B. Vipond (admitted *pro hac vice*)<br>1300 19th Street, N.W., Fifth Floor<br>Washington, D.C. 20036<br>Telephone: (202) 628-2000<br>Facsimile: (202) 628-2011<br>Email: souders@thewbkfirm.com</td></tr>
<tr><td></td><td>**BURNS WHITE LLC**<br>Patrick Sorek (Pa I.D. No. 41827)<br>Four Northshore Center<br>106 Isabella St.<br>Pittsburgh, PA 15212<br>Telephone: (412) 959-3164<br>Facsimile: (412) 959-3300<br>Email: psorek@burnswhite.com</td></tr>
<tr><td></td><td>*Attorneys for Defendants Citibank, N.A., CitiMortgage, Inc., Citibank Mortgage Reinsurance, Inc., ABN AMRO Mortgage Group, Inc., and AAMBG Reinsurance*</td></tr>
</table>

Dated:  March 14, 2014  **REED SMITH LLP**

By:/s/ James L. Rockney, Jr. (with consent)
Daniel I. Booker (PA #10319)
Perry A. Napolitano (PA #56789)
James L. Rockney, Jr. (PA #200026)
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Telephone:  412-288-3131
Facsimile:  412-288-3063

*Attorneys for Defendants Fifth Third Bank, Fifth Third Mortgage Company and Fifth Third Mortgage Insurance Reinsurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2014, pursuant to Local Rule 5.6 of the United States District Court for the Western District of Pennsylvania, the foregoing document has been served by electronic means through the Court's transmission facilities on all counsel of record.

/s/ Michael K. Yarnoff
Michael K. Yarnoff