IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LINDA MENICHINO, et al., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>CITIBANK, N.A., et al.,<br><br>        Defendants. | Civil Action No. 2:12-cv-00058<br><br>Judge Mark R. Hornak |
| CHRISTOPHER MANNERS, et al., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>FIFTH THIRD BANK, et al.,<br><br>        Defendants. | Civil Action No. 2:12-cv-00442<br><br>Judge Mark R. Hornak |

## ORDER

The Motions to Stay these civil actions are GRANTED. (ECF No. 165 in 12-0058, ECF No. 188 in 12-442) The Court concludes that the "just, speedy and inexpensive determination" of this civil action, Fed. R. Civ. P. 1, will be furthered by the stay of all proceedings in this civil action, pending the disposition by the United States Court of Appeals for the Third Circuit of the appeal in *Riddle v. Bank of Am. Corp.* No. 13-4543 (3d Cir.). The resolution of the central issue in that case, the applicability and application of the doctrine of equitable tolling in a civil action such as this one, has a reasonably high likelihood of materially informing this Court relative to the disposition of such matters in these cases and advancing the ultimate disposition of these actions. The Court further finds that any incremental prejudice claimed by those Defendants who

did not join in the Motion to Stay here will be substantially outweighed by the likely benefits to the ultimate disposition of these actions of granting the stay. These civil actions are therefore stayed pending further Order of this Court. Counsel for Plaintiffs shall file a notice with the Court promptly upon the decision of the United States Court of Appeals in *Riddle*. Should any party believe that changed circumstances require that this Court lift this stay prior to the disposition of the appeal in *Riddle*, they may file a Motion to that effect, stating the basis for the relief sought. Otherwise, the Court will enter an appropriate Order upon being advised of the disposition of the appeal in *Riddle*. The Clerk shall mark these actions administratively closed as a consequence of this stay, subject to being opened for cause shown upon the Motion of any party, or otherwise by Order of this Court.

_____
Mark R. Hornak
United States District Judge

Dates: March 26, 2014

cc: All counsel of record