UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER MANNERS, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>FIFTH THIRD BANK, *et al.*,<br><br>Defendants. | Civil Action No. 2:12-cv-00442-MRH<br><br>Electronically Filed |

## NOTICE OF SETTLEMENT

COME NOW Plaintiffs Christopher Manners, Jamie Young, Aimee Young, Cynthia Floyd, Brent Shank, Rose Shank, William R. Ruba and Erica L. Ruba, by and through their undersigned counsel, and hereby advise this Honorable Court of the settlement of this action as to the named Plaintiffs' claims against Fifth Third Bank, Fifth Third Mortgage Company and Fifth Third Mortgage Insurance Reinsurance Company (collectively, "Defendants"). The parties are finalizing settlement and dismissal documents, and expect to file the stipulation of dismissal within thirty (30) days. Counsel for Defendants has been contacted regarding this Notice and have indicated their consent for its contents.

Dated:  August 15, 2016

Respectfully submitted,

**KESSLER TOPAZ
MELTZER & CHECK, LLP**

By:  */s/ Edward W. Ciolko*
Edward W. Ciolko
Terence S. Ziegler
Donna Siegel Moffa
Amanda Trask
Natalie Lesser
280 King of Prussia Road
Radnor, PA 19087
Telephone:  (610) 667-7706
Facsimile:   (610) 667-7056

**STEPHEN J. O'BRIEN & ASSOC.**
Stephen J. O'Brien (PA 59204)
650 Ridge Road, Suite 400
Pittsburgh, PA  15205
Telephone: (412) 788-7560
Facsimile: (412) 788-7563

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

And now, on this 15th day of August, 2016, I hereby certify that, pursuant to Local Rule 5.5 of the United States District Court for the Western District of Pennsylvania, the foregoing has been served by electronic means through the Court's transmission facilities on all counsel of record.

/s/*Edward W. Ciolko*
Edward W. Ciolko