UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER MANNERS, *et al.*,

            Plaintiffs,

     v.

FIFTH THIRD BANK, *et al.*,

            Defendants.

Civil Action No. 2:12-cv-00442-MRH

Electronically Filed

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Christopher Manners, Jamie Young, Aimee Young, Cynthia Floyd, Brent Shank, Rose Shank, William R. Ruba and Erica L. Ruba, hereby submit this Notice of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), dismissing with prejudice all claims against and Defendants Fifth Third Bank, Fifth Third Mortgage Company and Fifth Third Mortgage Insurance Reinsurance Company ("Defendants"). All claims against the Defendants are hereby dismissed with prejudice with each party bearing their own costs and fees and Plaintiffs waiving any right to appeal. This dismissal now disposes of all of Plaintiffs' remaining claims in this action and this case can be closed by the Clerk.

Dated: October 13, 2016

Respectfully submitted,

**KESSLER TOPAZ
MELTZER & CHECK, LLP**

By: */s/ Edward W. Ciolko*
Edward W. Ciolko
Terence S. Ziegler
Donna Siegel Moffa
Amanda Trask
Natalie Lesser
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

AND NOW, this 17ᵀᴴ day of October, 2016
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

**STEPHEN J. O'BRIEN & ASSOC.**
Stephen J. O'Brien (PA 59204)
650 Ridge Road, Suite 400
Pittsburgh, PA  15205
Telephone: (412) 788-7560
Facsimile: (412) 788-7563

*Counsel for Plaintiffs*